**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Shenzhenjiermaoyiyouxiangongsi,
A Chinese Corporation

        Plaintiff,

        v.

The Partnerships And
Unincorporated Associations
Identified On Schedule "A"

        Defendants.

_____

Case No.: 0:22-cv-62215-AHS

Judge: Raag Singhal

Magistrate Judge: Alicia O. Valle

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I sent an email to the third party platforms with the

Court's Order granting TRO Extension and Re-setting the PI Hearing (DE 23).

    Respectfully submitted this 3rd day of May, 2023,

> Lydia Pittaway
> Fla. Bar No.: 0044790
> Of Counsel, Ford Banister IP
> 305 Broadway - Floor 7
> New York NY 10007
> Telephone: +1 212-500-3268
> lpittaway@fordbanister.com
> Attorney for Plaintiff

1